HONORABLE JOHN C. COUGHENOUR
Hearing Date: May 4, 2007
Without Oral Argument

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| STACEY HELLER, TOINETTER ROBINSON, DAVID RAPP, and CECILY AND TERRENCE MITCHELL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS, a foreign corporation,<br><br>Defendant. | No.  CV 07-0453 JCC<br><br>[PROPOSED] ORDER ON DEFENDANT MENU FOODS' MOTION TO STAY ALL PROCEEDINGS |

THIS MATTER having been presented for hearing on Defendant Menu Foods' Motion to Stay All Proceedings, the Court having considered the following:

1. Defendant Menu Foods' Motion to Stay All Proceedings and attachments thereto.

2. _____;

3. _____;

4. _____;

5. _____; and

[PROPOSED] ORDER ON DEFENDANT MENU FOODS' MOTION TO STAY ALL PROCEEDINGS - CV 07-0453 JCC - 1

GARDNER BOND TRABOLSI PLLC
ATTORNEYS
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318

Dockets.Justia.com

being fully advised in the premises,

HEREBY stays all further proceedings, including but not limited to Defendant's obligation to file responsive pleadings, in this matter pending the transfer decision by the Judicial Panel and a determination of class certification by the transferor court.

DONE IN OPEN COURT this _____ day of _____, 2007.


_____
JOHN C. COUGHENOUR
Judge, United States District Court

Presented by:

GARDNER BOND TRABOLSI PLLC


By:____/s/_____
Gary A. Trabolsi, WSBA No. 13215
Jeffrey T. Kestle, WSBA No. 29648
2200 Sixth Avenue, Suite 600
Seattle, WA 98121
Telephone: (206) 256-6309
Email: gtrabolsi@gardnerbond.com
       jkestle@gardnerbond.com
Attorneys for Defendant MENU FOODS

- 2 -

GARDNER BOND TRABOLSI PLLC
ATTORNEYS
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318