THE HONORABLE JOHN C. COUGHENOUR
Hearing Date: May 4, 2007
Without Oral Argument

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| STACEY HELLER, TOINETTE ROBINSON, DAVID RAPP and CECILY AND TERRENCE MITCHELL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS, a foreign corporation,<br><br>Defendant. | No. CV 07-0453 JCC<br><br>CERTIFICATE OF SERVICE |

I, Cheryl B. Lee, say:

I hereby certify that on April 18, 2007, I electronically filed Defendant Menu Foods' Motion to Stay All Proceedings, and this Certificate of Service with the Clerk of the Court and I hereby certify that I have sent via electronic service, these documents to the following:

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
steve@hbsslaw.com

Michael David Myers
Myers & Company
1809 Seventh Avenue, Suite 700
Seattle, WA 98101
mmyers@myers-company.com

CERTIFICATE OF SERVICE – CV07-0453 JCC - 1

GARDNER BOND TRABOLSI PLLC
ATTORNEYS
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318

Dockets.Justia.com

1  DATED this 18th day of April, 2007, at Seattle, Washington.

2

3  _Cheryl B. Lee_
   Cheryl B. Lee
4  Legal Assistant to Jeffrey T. Kestle

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

- 2

GARDNER BOND TRABOLSI PLLC
ATTORNEYS
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318