THE HONORABLE JOHN C. COUGHENOUR
Hearing Date: May 4, 2007
Without Oral Argument

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| STACEY HELLER, TOINETTE ROBINSON, DAVID RAPP and CECILY AND TERRENCE MITCHELL, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MENU FOODS, a foreign corporation, <br><br> Defendant. | No. CV 07-0453 JCC <br><br> CERTIFICATE OF SERVICE |

I, Kristen D. Johnson, say:

I hereby certify that on May 4, 2007, I electronically filed the Stipulation and (proposed) Order Staying All Proceedings and for Preservation of Evidence, and this Certificate of Service with the Clerk of the Court and I hereby certify that I have sent via electronic service, these documents to the following:

Steve W. Berman                          Michael David Myers
Hagens Berman Sobol Shapiro LLP          Myers & Company
1301 Fifth Avenue, Suite 2900            1809 Seventh Avenue, Suite 700
Seattle, WA 98101                        Seattle, WA 98101
steve@hbsslaw.com                        mmyers@myers-company.com

CERTIFICATE OF SERVICE – CV07-0453 JCC - 1

GARDNER BOND TRABOLSI PLLC
A T T O R N E Y S
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318

DATED this 4th of May, 2007, at Seattle, Washington.

_____/s/ Kristen D. Johnson_
Kristen D. Johnson
Legal Assistant to Jeffrey T. Kestle