1
Hon. John C. Coughenour

2

3

4

5

6

7   UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
8

| | |
|---|---|
| STACEY HELLER, TOINETTE ROBINSON, DAVID RAPP, and CECILY AND TERRENCE MITCHELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MENU FOODS, a foreign corporation,<br><br>Defendant. | No. CV-07-0453-JCC<br><br>MOTION TO CONSOLIDATE RELATED ACTIONS FOR ALL PURPOSES<br><br>**[Note on Motion Calendar:  June 1, 2007]** |

Plaintiffs Stacey Heller, Toinette Robinson, David Rapp and Cecily and Terrence Mitchell (collectively "Movants"), by and through counsel, hereby move the Court for an Order consolidating the following actions for all purposes under pursuant to Federal Rule of Civil Procedure 42.  Menu Foods does not oppose this motion.

| CASE NAME | CASE NO. | JUDGE |
|---|---|---|
| *Thomas Whaley v. Menu Foods* | CV 07-0411 RSM | Hon. Ricardo S. Martinez |
| *Stacey Heller, Toinette Robinson, David Rapp and Cecily and Terrence Mitchell v. Menu Foods* | CV 04-0453 JCC | Hon. John C. Coughenour |
| *Audrey Kornelius and Barbara Smith v. Menu Foods* | CV 07-0454 MJP | Hon. Marsha J. Pechman |

MOTION TO CONSOLIDATE RELATED ACTIONS FOR ALL
PURPOSES - 1
Case No.  CV-07-0453-JCC

001958-11 169043 V1



HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

| CASE NAME | CASE NO. | JUDGE |
|---|---|---|
| *Suzanne E. Johnson and Craig R. Kleeman v. Menu Foods* | CV 07-0455 JCC | Hon. John C. Coughenour |
| *Michele Suggett and Don James v. Menu Foods* | CV 07-0457 RSM | Hon. Ricardo S. Martinez |
| *Laura Migliore v. Menu Foods* | CV 07-0575 RSL | Hon. Robert S. Lasnik |
| *Gail Moran v. Menu Foods* | CV 07-0576 JCC | Hon. John C. Coughenour |
| *Sheryl Puett v. Menu Foods* | CV 07-0577 RSL | Hon. Robert S. Lasnik |
| *Daniel Ray Reeves v. Menu Foods* | CV 07-0634 JCC | Hon. John C. Coughenour |
| *Jeff Rusiecki v. Menu Foods* | CV 07-5204 RJB | Hon. Robert J. Bryan |
| *Nancy Guthrie v. Menu Foods* | CV 07-5205 RJB | Hon. Robert J. Bryan |
| *Sheree A. Robinson v. Menu Foods* | CV 07-0666 RSL | Hon. Robert S. Lasnik |
| *Phyllis A. Ullman v. Menu Foods* | CV 07-0667 MJP | Hon. Marsha J. Pechman |
| *Elizabeth Palmer v. Menu Foods* | CV 07-0668 JLR | Hon. James L. Robart |
| *Jason Labbate v. Menu Foods* | CV 07-0669 MJB | Hon. Monica J. Benton |
| *Megan Whitt v. Menu Foods* | CV 07-0670 RSM | Hon. Ricardo S. Martinez |
| *Linda Weitz v. Menu Foods* | CV 07-0684 RSM | Hon. Ricardo S. Martinez |
| *Michelle Adams v. Menu Foods* | CV 07-0685 JPD | Hon. James P. Donohue |
| *Larae Dineen v. Menu Foods* | CV 07-0686 RSM | Hon. Ricardo S. Martinez |
| *Sandra Shingle v. Menu Foods* | CV 07-0687 MJP | Hon. Marsha J. Pechman |
| *Gary Thomas v. Menu Foods* | CV 07-0688 TSZ | Hon. Thomas S. Zilly |
| *Deborah Mullen v. Menu Foods* | CV 07-0689 JLR | Hon. James L. Robart |
| *Helen Percy v. Menu Foods* | CV 07-0690 RSL | Hon. Robert S. Lasnik |

This motion is brought on the grounds that these actions are substantially identical because each alleges that defendant Menu Foods sold pet food that was not safe for pets to consume. Plaintiffs bring these actions for unjust enrichment, unlawful, deceptive and unfair business practices and breach of warranties, based upon similar factual allegations against the

MOTION TO CONSOLIDATE RELATED ACTIONS FOR ALL PURPOSES - 2
Case No. CV-07-0453-JCC



HAGENS BERMAN SOBOL SHAPIRO LLP
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

001958-11 169043 V1

1  same defendant.  The motion is also brought on the ground that consolidation of these cases will

2  promote efficiency and preserve judicial resources.

3       The motion is based upon the following points and authorities, the Berman Declaration

4  filed herewith, the complete files and records of the related actions and such other written or oral

5  argument as the Court may consider in deciding this motion.

## I. INTRODUCTION

7       The related class action lawsuits identified above and were brought to remedy the unjust

8  enrichment, unlawful, deceptive and unfair business practices and breach of warranty claims

9  arising out of Menu Foods's sale of pet food that was not safe for consumption.  Movants seek to

10  consolidate these related actions pursuant to Fed. R. Civ. P. 42(a).  Plaintiffs bring these actions

11  on their own behalf and on behalf of a plaintiff class consisting of all persons who purchased

12  contaminated pet food produced by Menu Foods.  Plaintiffs in each action assert substantially the

13  same claims and raise substantially the same questions of law and fact.  Thus, consolidation of

14  these actions is appropriate.

## II. SUMMARY OF ALLEGATIONS

16       Menu Foods is a producer of, *inter alia*, dog and cat food.  Menu Foods produces dog and

17  cat food sold under familiar brand names such as Iams, Eukanuba and Science Diet.  Menu

18  Foods distributes its dog and cat food throughout the United States to retailers such as Wal-Mart,

19  Kroger and Safeway.  Dog and cat food that Menu Foods produced caused an unknown number

20  of dogs and cats to become ill, and many of them to die.  To date, Menu Foods has recalled 50

21  brands of dog food and 40 brands of cat food that have sickened animals.  As a result of Menu

22  Foods's actions, Plaintiffs and other class members have suffered economic damage.  Each

23  Plaintiff has brought claims against Menu Foods for breach of contract; unjust enrichment;

24  unlawful, deceptive and unfair business practices and breach of warranties.  These claims are

25  based on virtually identical factual and legal issues and name the same defendant.

26

MOTION TO CONSOLIDATE RELATED ACTIONS FOR ALL
PURPOSES - 3
Case No. CV-07-0453-JCC

HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

001958-11 169043 V1

### III.  ARGUMENT

Consolidation pursuant to Fed. R. Civ. P. 42(a) is proper when actions involve common questions of law and fact. *Southwest Marine, Inc. v. Triple A Machine Shop*, *Inc.*, 720 F. Supp. 805, 806 (N.D. Cal. 1989). The Court has broad discretion under Fed. R. Civ. P. 42(a) to consolidate cases pending within this District. *Investors Research Co. v. U.S. Dist. Court for Cent. Dist.*, 877 F.2d 777 (9th Cir. 1989). Consolidation of related actions is favored. *See United Mine Workers v. Gibbs*, 383 U.S. 715, 724 & n.10 (1966) ("Under the Rules, the impulse is toward entertaining the broadest possible scope of action consistent with fairness to the parties; joinder of claims, parties and remedies is strongly encouraged."). The Rule contemplates consolidation to "avoid unnecessary costs or delay." Fed. R. Civ. P. 42(a). "Actions involving the same parties are apt candidates for consolidation." 9 WRIGHT, MILLER & KANE, FEDERAL PRACTICE AND PROCEDURE, § 2384 p. 447.

The objective of consolidation here, as elsewhere, is to promote the economies of joint proceedings, while maintaining the individual cases as separate suits with separate judgments:

> [C]onsolidation is permitted as a matter of convenience and economy in administration, but does not merge the suits into a single cause, or change the rights of the parties, or make those who are parties in one suit parties in another.

*Johnson v. Manhattan R. Co.*, 289 U.S. 479, 496-97 (1933).

Coordination of these actions for all purposes is demonstrably appropriate. Each action involves an alleged breach of contract, unjust enrichment, unlawful, deceptive and unfair business practices and breach of warranties by defendants. The central factual and legal issues presented by these actions are common. Coordination of the cases will expedite proceedings, reduce duplication, avoid the harassment of parties and witnesses and minimize the expenditure of time and money by all parties. Moreover, coordination of these class actions will streamline and simplify pretrial and discovery motions, class certification issues, avoid multiple trials, and generally reduce the inefficiencies that would be brought by prosecuting related cases of this

MOTION TO CONSOLIDATE RELATED ACTIONS FOR ALL PURPOSES - 4
Case No.  CV-07-0453-JCC



1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

001958-11 169043 V1

1  nature separately.  Movants request that the cases be consolidated under Civil Action No. CV-
2  04-0453 JCC.
3       In addition, plaintiffs and their counsel anticipate that additional related cases against this
4  defendant involving the same common questions of law and fact will be filed in this District.
5  Movants submit that consolidation of these cases with the cases already filed is also appropriate
6  for the reasons identified herein.  Therefore, Movants ask the Court to include the directive that
7  any other related cases subsequently filed in or transferred in this District shall also be
8  consolidated.

### IV.  CONCLUSION

10       For the above reasons, Movants respectfully request that their motion for consolidation
11  be granted.  Movants request that the Court issue an order that all related cases currently pending
12  be consolidated under one case number, that all future pleadings should now be filed under the
13  consolidated case number and that all future related cases should be filed under the consolidated
14  case number.

MOTION TO CONSOLIDATE RELATED ACTIONS FOR ALL
PURPOSES - 5
Case No.  CV-07-0453-JCC

001958-11  169043 V1



HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900 • Seattle, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

Dated: May 8, 2007.

HAGENS BERMAN SOBOL SHAPIRO LLP


By   /s/ Jeniphr A.E. Breckenridge
    Steve W. Berman, WSBA # 12536
    Jeniphr A.E. Breckenridge, WSBA # 21410
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: jeniphr@hbsslaw.com

MYERS & COMPANY, P.L.L.C.
Michael David Myers
1809 Seventh Avenue, Suite 700
Seattle, Washington 98101
Telephone: (206) 398-1188
Facsimile: (206) 400-1112
E-mail: mmyers@myers-company.com


*Attorneys for Plaintiffs Stacey Heller, Toinette Robinson, David Rapp, Cecily and Terrence Mitchell*

MOTION TO CONSOLIDATE RELATED ACTIONS FOR ALL PURPOSES - 6
Case No. CV-07-0453-JCC

HAGENS BERMAN SOBOL SHAPIRO LLP
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

001958-11 169043 V1

1

2  David P. Meyer
   Patrick G. Warner
3  Matthew R. Wilson
   David P. Meyer & Associates, Co. LPA
4  1320 Dublin Road, Suite 100
   Columbus, OH  43215
5  Telephone:  (614) 358-3283
   Facsimile:  (614) 224-6066
6

7  Attorneys for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MOTION TO CONSOLIDATE RELATED ACTIONS FOR ALL PURPOSES - 7
Case No.  CV-07-0453-JCC



HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

001958-11 169043 V1