Hon. John C. Coughenour

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STACEY HELLER, TOINETTE ROBINSON, DAVID RAPP, and CECILY AND TERRENCE MITCHELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MENU FOODS, a foreign corporation,<br><br>Defendant. | No. CV-07-0453-JCC<br><br>DECLARATION OF JENIPHR A. E. BRECKENRIDGE IN SUPPORT OF MOTION TO CONSOLIDATE RELATED ACTIONS FOR ALL PURPOSES |

I, Jeniphr A.E. Breckenridge, declare:

1.   I am a member of the law firm of Hagens Berman Sobol Shapiro LLP and counsel of record for plaintiffs in the above action. I make this declaration in support of Plaintiffs' Motion to Consolidate Related Actions for All Purposes. I am familiar with the facts set forth herein and will testify to them if necessary.

2.   Attached as Exhibits A through W, are true and correct copies of the complaints filed by Plaintiffs in the related class actions.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DEC. OF JENIPHR A.E. BRECKENRIDGE
IN SUPPORT OF MTN. TO CONSOLIDATE
RELATED ACTIONS FOR ALL PURPOSES - 1
Case No. CV-07-0453-JCC

001958-11 169046 V1

HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

Executed this 8th day of May, 2007 in Seattle, Washington.

_____
Jeniphr A.E. Breckenridge

DEC. OF JENIPHR A.E. BRECKENRIDGE
IN SUPPORT OF MTN. TO CONSOLIDATE
RELATED ACTIONS FOR ALL PURPOSES - 2
Case No.  CV-07-0453-JCC

001958-11  169046 V1