Hon. John C. Coughenour

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STACEY HELLER, TOINETTE ROBINSON, DAVID RAPP, and CECILY AND TERRENCE MITCHELL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS, a foreign corporation,<br><br>Defendant. | No. CV-07-0453-JCC<br><br>CERTIFICATE OF SERVICE |

I, Bonney McCormack, declare under penalty of perjury that the following facts are true and correct:

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in the within-entitled cause. I am an employee of Hagens Berman Sobol Shapiro LLP and my business address is 1301 Fifth Avenue, Suite 2900, Seattle, Washington 98101.

I hereby certify that on May 8, 2007, I electronically filed the following documents with the Clerk of the Court:

**MOTION TO CONSOLIDATE RELATED ACTIONS FOR ALL PURPOSES;**

**[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS; and**

CERTIFICATE OF SERVICE - 1
Case No. CV-07-0453-JCC

HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

001958-11 170692 V1

CERTIFICATE OF SERVICE

using the CM/ECF system which will send notification of such filing to the following:

Jeffrey T. Kestle at jkestle@gardnerbond.com

David P. Meyer at dmeyer@dmlaws.com

Adam Karp at adam@animal-lawyer.com

    On May 8, 2007, I caused courtesy copies of the above documents to be served upon the parties named below in the manner indicated:

**VIA E-MAIL AND U.S. MAIL**

Jeffrey T. Kestle
GARDNER BOND TRABOLSI
ST LOUIS & CLEMENT
2200 6th Ave.
Suite 600
Seattle, WA 98121
Telephone: (206) 256-6309
Fax: (206) 628-7699
E-mail: jkestle@gardnerbond.com

Attorneys for Defendant

**VIA E-MAIL**

David P. Meyer
MEYERS & COMPANY
1809 7TH Ave.
Suite 700
Seattle, WA 98101
Telephone: (206) 398-1188
Facsimile: (206) 398-1189
dmeyer@dmlaws.com

CERTIFICATE OF SERVICE - 2
Case No. CV-07-0453-JCC


HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

001958-11 170692 V1

Adam Karp
ANIMAL LAW OFFICES
114 W. Magnolia Street
Suite 425
Bellingham, WA 98225-4345
Telephone: (360) 738-7273
Facsimile: (360) 392-3936
adam@anmial-lawyer.com

Attorneys for Plaintiff

    Executed on May 8, 2007 in Seattle, Washington.

*Bonney McCormack*
Bonney McCormack
Paralegal

CERTIFICATE OF SERVICE - 3
Case No. CV-07-0453-JCC


HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

001958-11 170692 V1