Hon. John C. Coughenour

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STACEY HELLER, TOINETTE ROBINSON, DAVID RAPP, and CECILY AND TERRENCE MITCHELL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS, a foreign corporation,<br><br>Defendant. | No. CV-07-0453-JCC<br><br>PRAECIPE |

TO: The Clerk of the Court and All Counsel

Plaintiffs respectfully request the Court delete page seven of their Motion to Consolidate Related Actions filed electronically with the Court on May 8, 2007 (Dkt. No. 19). It has come to our attention that the law firm of David P. Meyer & Associates was erroneously listed as counsel of record in this case on page seven of the Motion.

Plaintiffs also respectfully request that page two of the Certificate of Service (Dkt. No. 21) be replaced with a corrected page two. (The corrected page is attached as Exhibit A.) The page two that was filed with the Court listed the incorrect counsel of record for Plaintiffs. Rather than David P. Meyer, counsel for Plaintiffs is Michael David Myers.

PRAECIPE - 1
Case No. CV-07-0453-JCC

HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

001958-11 170835 V1

Dockets.Justia.com

1  RESPECTFULLY SUBMITTED this 9th day of May, 2007

2  HAGENS BERMAN SOBOL SHAPIRO LLP

3

4  By     s/ Jeniphr A. E. Breckenridge
   Jeniphr A.E. Breckenridge
5  Steve W. Berman
   1301 Fifth Avenue, Suite 2900
6  Seattle, Washington  98101
   Telephone: (206) 623-7292
7  Facsimile: (206) 623-0594
   E-Mail:  jeniphr@hbsslaw.com
8  E-Mail:  steve@hbsslaw.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

