Hon. John C. Coughenour

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STACEY HELLER, TOINETTE ROBINSON, DAVID RAPP, and CECILY AND TERRENCE MITCHELL, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

MENU FOODS, a foreign corporation,

Defendant.

No. CV-07-0453-JCC

CERTIFICATE OF SERVICE

I, Bonney McCormack, declare under penalty of perjury that the following facts are true and correct:

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in the within-entitled cause. I am an employee of Hagens Berman Sobol Shapiro LLP and my business address is 1301 Fifth Avenue, Suite 2900, Seattle, Washington 98101.

I hereby certify that on May 9, 2007, I electronically filed the following documents with the Clerk of the Court:

**PRAECIPE; and**

**CERTIFICATE OF SERVICE**

CERTIFICATE OF SERVICE - 1
Case No. CV-07-0453-JCC

HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

001958-11 170692 V1

using the CM/ECF system which will send notification of such filing to the following:

Jeffrey T. Kestle at jkestle@gardnerbond.com

Michael D. Myers at mmyers@myers-company.com

Adam Karp at adam@animal-lawyer.com

On May 9, 2007, I caused courtesy copies of the above documents to be served upon the parties named below in the manner indicated:

**VIA E-MAIL AND U.S. MAIL**

Jeffrey T. Kestle
GARDNER BOND TRABOLSI
ST LOUIS & CLEMENT
2200 6th Ave.
Suite 600
Seattle, WA 98121
Telephone: (206) 256-6309
Facsimile: (206) 628-7699
E-mail: jkestle@gardnerbond.com

Attorneys for Defendant

**VIA E-MAIL**

Michael D. Myers
MYERS & COMPANY, P.L.L.C.
1809 7th Ave.
Suite 700
Seattle, WA 98101
Telephone: (206) 398-1188
Facsimile: (206) 398-1189
E-Mail: mmyers@myers-company.com

CERTIFICATE OF SERVICE - 2
Case No. CV-07-0453-JCC



HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

001958-11 170692 V1

1
2  Adam Karp
   ANIMAL LAW OFFICES
3  114 W. Magnolia Street
   Suite 425
4  Bellingham, WA 98225-4345
   Telephone: (360) 738-7273
5  Facsimile: (360) 392-3936
   adam@animal-lawyer.com
6
7  Attorneys for Plaintiff

8      Executed on May 9, 2007 in Seattle, Washington.
9
10                                    _____
                                      Bonney McCormack
11                                    Paralegal
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

CERTIFICATE OF SERVICE - 3
Case No. CV-07-0453-JCC



HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

001958-11 170692 V1